UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Cindy Selle, | Case No. 21-125 |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| State Farm Fire and Casualty Company, | **(JURY TRIAL DEMAND)** |
| Defendant. | |

---

TO:   The Honorable Judges of the United States District Court for the Western District of Wisconsin, 120 N. Henry Street, Room 320, Madison Wisconsin 53703; and

Plaintiff Cindy Selle through her attorneys, Ross M. Hussey and Alexander M. Jadin, SMITH JADIN JOHNSON, PLLC, 7900 Xerxes Avenue South, Suite 2020, Bloomington, MN 55437.

**PLEASE TAKE NOTICE** that Defendant State Farm Fire and Casualty Company ("State Farm"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1441(b) and 1446(b)(3), hereby gives notice of its removal of this action from the Circuit Court for Polk County, Wisconsin, to the United States District Court for the Western District of Wisconsin. As grounds for removal, State Farm hereby states and alleges as follows:

### STATEMENT OF GROUNDS FOR REMOVAL

1.   This removal is based on diversity of citizenship under 28 U.S.C. §§ 1332(a)(1) and 1441, with complete diversity of citizenship between the parties and an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs.

## **REMOVAL IS APPROPRIATE UNDER 28 U.S.C. § 1441(a) AND (b)**

1. Removal of this action to the United States District Court for the Western District of Wisconsin is proper under 28 U.S.C. § 1441(a) and (b) because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. State Farm is a defendant in a civil action captioned *Cindy Selle v. State Farm Fire and Casualty Company*, currently pending in the Circuit Court for Polk County, Wisconsin as Case No. 2020CV000149. True, correct, and complete copies of Plaintiff's file-stamped Summons and Complaint are attached hereto as **Exhibit 1**.

3. State Farm is the sole defendant named in this action. Cindy Selle is the only plaintiff.

4. Ms. Selle is an individual, adult citizen of the State of Wisconsin. (Compl. ¶ 1) (**Exhibit 1**).

5. State Farm is a corporation organized and existing under the laws of the State of Illinois. (*See* State Farm's Answer and Affirmative Defenses, ¶ 2, attached hereto as **Exhibit 2**.) State Farm's principal place of business is located at One State Farm Plaza, Bloomington, Illinois 61720. (*Id*.). Accordingly, State Farm is deemed a citizen of the State of Illinois. 28 U.S.C. § 1332(c)(1).

6. The amount in controversy exceeds this Court's Seventy-Five Thousand Dollar ($75,000.00) jurisdictional threshold for diversity of citizenship, exclusive of interests and costs. (*See* ¶¶ 11-19, *infra*; *see also* **Exhibit 4**.)

7. According to the foregoing, there is complete diversity of citizenship between the Plaintiff and State Farm and this Court has original jurisdiction of the

above-captioned matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this court pursuant to 28 U.S.C. § 1441(a) and (b).

## **REMOVAL IS TIMELY UNDER 28 U.S.C. § 1446(b)(3)**

8. Removal of this action is also timely under 28 U.S.C. § 1446(b)(3).

9. The above-captioned matter was filed in Polk County Circuit Court on June 18, 2020. (*See* **Exhibit 1**.)

10. On June 22, 2020, State Farm was served with a copy of the Summons and Complaint by personal service upon its designated agent for service of process in the State of Wisconsin, Corporation Service Company ("CSC"), at 8040 Excelsior Drive, Suite 400, in the City of Madison, County of Dane, State of Wisconsin, 53717. A true, correct and complete copy of CSC's business record, identifying the date of service as June 22, 2020 is attached hereto as **Exhibit 3**. Plaintiff has not filed or otherwise served State Farm with an affidavit of service.

11. Plaintiff's initial pleading did not plead a specific amount of damages, as allowed by Wisconsin Statute § 802.02(1m). (*See generally* **Exhibit 1**.)

12. On August 6, 2020, State Farm filed and served its Answer and Affirmative Defenses. (*See* **Exhibit 2**.)

13. On January 15, 2021, State Farm served Plaintiff with written discovery requests seeking, among other things, specificity regarding Plaintiff's damage claim.

14. On January 29, 2021, Plaintiff's counsel served a letter upon State Farm's counsel wherein Plaintiff's counsel represented for the first time that Plaintiff's damage claim was $223,913.81. A true, correct and complete copy of the January 29, 2021 letter correspondence is attached as **Exhibit 4**.

15. Generally, Notice of Removal must be filed within thirty days after the Defendant receives a copy of the initial pleadings. 28 U.S.C. § 1446(b)(1).

16. However, if the case stated by the initial pleadings is not removable, a notice of removal may be filed within thirty days after receipt by defendant of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446(b)(3). If the case stated by the initial pleading is not removable solely because of questions regarding the amount in controversy, information related to the amount in controversy "in the record of the State proceeding, or in response to discovery, shall be treated as an 'other paper' under subsection (b)(3)." 28 U.S.C. § 1446(c)(3)(A).

17. The January 29, 2021 letter (**Exhibit 4**) was the first time State Farm received, through service or otherwise, a copy of a pleading, motion, order, or other paper from which it could ascertain that the case was one which was removable because the amount in controversy exceeded Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

18. The exceptions to 28 U.S.C. § 1446(b)(3), as stated in 28 U.S.C. § 1446(c), do not apply in this matter.

19. Because the January 29, 2021 letter was the first notice to Defendant that the amount in controversy exceeds $75,000.00, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(3). *See Walker v. Trailer Transit, Inc.*, 727 F.3d 819, 825 (7th Cir. 2013).

20. As of the date of this removal, the other pleadings, process or orders that have been served on State Farm include the Pretrial and Scheduling Order issued by

the Polk County Circuit Court. True, correct, and complete copies of these papers are attached hereto as **Exhibit 5**. *See* 28 U.S.C. § 1446(a).

21. No previous Application for Relief in this matter has been made to this Court or any other court.

22. Pursuant to 28 U.S.C. 1441(a), venue for this action is proper in the United States District Court for the Western District of Wisconsin, as the events giving rise to the allegations contained in the Complaint occurred within this district of the United States District Courts.

23. Contemporaneously with this filing, Written Notice of the Filing of this Notice of Removal, together with a copy of the Notice of Removal and all supporting Exhibits, were served on Plaintiff, through her counsel, and filed with the Clerk of Circuit Court for Polk County, Wisconsin, as required by 28 U.S.C. § 1446(d). State Farm's Notice of Filing Notice of Removal is attached hereto as **Exhibit 6**.

24. All procedural requirements for removal under 28 U.S.C. §§ 1441 and 1446 have been satisfied, and thus, pursuant to 28 U.S.C. § 1332(a), this matter is hereby removed from the Circuit Court for Polk County, Wisconsin, to the United States District Court for the Western District of Wisconsin.

## **JURY DEMAND**

25. Pursuant to Federal Rule of Civil Procedure 38(b), State Farm hereby demands trial by jury.

**WHEREFORE**, Defendant State Farm Fire and Casualty Company respectfully requests this Court remove this action to this Court, that this Court accept jurisdiction of

this action, and that this action be placed on the Court's docket for further proceedings as though this action has been originally instituted in this Court.

Dated: February 23, 2021   **HKM, P.A.**

/s/Michael S. Mather
Michael S. Mather #1084846
Emily R. Weber #1122477
30 East Seventh Street, Suite 3200
St. Paul, MN  55101-4919
Telephone: (651) 227-9411
Fax: (651) 223-5199
mmather@hkmlawgroup.com
eweber@hkmlawgroup.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

4830-3169-5068, v. 1